**Arthur THACKER, Plaintiff—Appellant,**

v.

**BRADY SERVICES, INCORPORATED, Defendant—Appellee.**

No. 05–1385.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Sept. 29, 2005.

Arthur Thacker, Appellant Pro Se. Kenneth Ralph Keller, Carruthers & Roth, PA, Greensboro, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Thacker appeals from the magistrate judge's order * dismissing his action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thacker v. Brady Servs., Inc.,* No. CA–03–1160–1 (M.D.N.C. Mar. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c)